1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NEWELL COOPER,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No. CV 20-02084-GW (RAOx)

ORDER DISMISSING COMPLAINT

On March 9, 2020, Plaintiff Newell Cooper ("Plaintiff") filed a complaint and a first request to proceed *in forma pauperis*.  Dkt. Nos. 2, 3.  Because Plaintiff failed to provide a certified copy of his trust account statement for the past six months and failed to authorize disbursements from his trust account statement, the Court denied the first *in forma pauperis* request with leave to amend.  Dkt. No. 6.

On April 13, 2020, Plaintiff filed his second request to proceed *in forma pauperis*.  Dkt. No. 7.  Because Plaintiff's trust account statement showed that Plaintiff had sufficient funds to pay the filing fee, the second *in forma pauperis* request was denied on July 13, 2020.  Dkt. No. 8.  Plaintiff was directed to pay the filing fee in full within 30 days or the case would be dismissed.  *Id.*

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The deadline for paying the filing fees has passed, and Plaintiff has failed to do so.  Accordingly, IT IS ORDERED that this case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  September 8, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE