1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEWELL COOPER,

               Plaintiff,

    v.

UNITED STATES OF AMERICA,

               Defendant.

Case No. CV 20-02084-GW (RAOx)

JUDGMENT

     In accordance with the Order Dismissing Complaint issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: September 8, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE